**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARIO ROGERIO DE ANDRADE VITELO, on behalf of himself and all other persons similarly situated, | )<br>)<br>)<br>) | Case No. 1:09-cv-01051 |
| Plaintiff, | )<br>) | Judge Coar<br>Magistrate Judge Cox |
| v. | )<br>) | |
| BRAZZAZ LLC & SERGIO AGUIRRE, | )<br>) | |
| Defendants. | ) | |

Rule 7.1(a) Corporate Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1(a), Corporate Defendant Brazzaz LLC ("Brazzaz") states that Brazzaz is not a publicly held company nor is there any parent corporation or publicly held corporation that owns 10% or more of Brazzaz's stock.

Dated: May 6, 2009                                  Respectfully submitted,


                                                    /s/ Heather A. Bailey
                                                    Michael J. Sheehan
                                                    Heather A. Bailey
                                                    Drinker Biddle & Reath LLP
                                                    191 N. Wacker Drive, Suite 3700
                                                    Chicago, IL  60606
                                                    (312) 569-1179
                                                    (312) 569-3179 (Facsimile)

CH01/ 25337829.1

## Certificate of Service

I hereby certify that I electronically filed **Defendants' Rule 7.1(a) Corporate Disclosure Statement** on this 6th day of May 2009, with the Clerk of the Court by using the CM/ECF system which will also send an electronic filing to the following:

>Douglas M. Werman
>Maureen A. Bantz
>Werman Law Office, P.C.
>77 West Washington Street, Suite 1402
>Chicago, IL  60602
>(312) 419-1008

and *via* U.S. Mail to:

>Richard J. Burch
>Bruckner Burch PLLC
>1415 Louisiana Street, Suite 2125
>Houston, Texas  77002
>(713) 877-8788

>Robert R. Debes, Jr.
>Debes Law Firm
>17 South Briar Hollow Lane, Suite 302
>Houston, Texas  77027
>(713) 623-0900

/s/ Heather A. Bailey