# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Mario Rogerio De Andrade Vitelo

                                          Plaintiff,

v.                                                                       Case No.: 1:09–cv–01051
                                                                            Honorable David H. Coar

Brazzaz LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 21, 2010:

      MINUTE entry before Honorable Susan E. Cox: Status hearing held. Parties filed their consent in open court. The parties' revised proposed scheduling order was tendered in open court. Status hearing set for 2/11/10 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.